UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 23-cr-00236-TWR |
| vs. | |
| Marco Vasquez-Sanchez, | JUDGMENT OF DISMISSAL |
| Defendant. | |

FILED
JUL 13 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1), (b)(1)(B); 18:2; 21:853 - Conspiracy to Possess Fentanyl with Intent to Distribute; Aiding and Abetting; Criminal Forfeiture (1-2)

Dated: 7/13/2023

Hon. Barbara L. Major
United States Magistrate Judge